No. 203
### CRIDER v. GOODWIN
Ohio Appeals, 5th Dist., Knox Co.
No. 213.   Decided Nov. 7, 1924.

**715.—LIBEL AND SLANDER—Publishing woman as "nothing but a common prostitute" is slander per se.**

**355. DAMAGES—Verdict for $1250 not excessive for publishing woman as "common prostitute."**
HOUCK, J.

Epitomized Opinion
Published only in Ohio Law Abstract

Action in damages by Dora Goodwin for slander for publishing of her "That she was nothing but a common prostitute from Akron." Verdict for Goodwin for $1250.00. Error is prosecuted for reversal on grounds that the trial judge erred in charge to jury and that the verdict is excessive. The trial judge charged that the law would presume that the words were both false and maliciously spoken unless the contrary be proven, for every female per-

## STATE COURT OF APPEALS—Continued

son is presumed, in law, to be chaste, and that the amount of damages is left to the sound discretion of the jury, and the law allows exemplary damages in cases of actual malice. The court of appeals affirmed judgment, holding

1. The trial judge clearly and concisely gave the law correctly upon the question of malice and damages.

2. The language used was such as would have a tendency to hold the person against whom uttered up to scorn and ridicule and impair her in the enjoyment of general society, and is slanderous per se.

Attorneys—L. C. Stillwell for Crider; Columbus Ewalt and Barton W. Blair for Goodwin.